UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIMON INC. and AMIMON LTD,

                Plaintiffs,

– against –

SHENZHEN HOLLYLAND TECH CO. LTD, EC PRO VIDEO SYSTEMS INC., and IKAN INTERNATIONAL, LLC,

                Defendants.

**ORDER**

20 Civ. 9170 (ER)

RAMOS, D.J.

    Plaintiffs brought this suit on November 2, 2020. Doc. 1. On January 12, 2021, EC Pro Video Systems Inc. ("EC Pro") filed a motion to dismiss. Doc. 27. On February 15, 2021, Plaintiffs filed an amended complaint. Doc. 37. EC Pro then moved to dismiss the amended complaint on March 17, 2021. Doc. 41.

    Accordingly, EC Pro's original motion to dismiss is now moot. The Clerk of Court is respectfully directed to terminate the motion. Doc. 27.

Dated:   April 6, 2021
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.