# EXHIBIT 1

## DOCUMENTS TO BE PRODUCED

1. Produce all documentation relating to the WHDI, including WHDI members who may have received a copy of MAC Source Code

2. Produce all documentation relating to the WHDI consortium, specifically contracts, licenses, and/or assignments.

3. Produce all documentations and things relating to modifications to the AMN2120, AMN2220, and/or MAC Source Code used to integrate the Amimon technology into your product(s).

4. Produce all documentations and things relating to the Amimon Inc. or Amimon LTD.

5. Produce all documentation and things relating to the video transmission range of the MAC Source Code, Amimon AMN2120 and/or AMN2220.

6. Produce all documentations and things relating to the MAC Source Code which can be used for the Aminon AMN2120 and/or AMN2220.

7. Produce all documentation and things relating to the sale of the AMN2120 and/or AMN2220 chipsets on the open market.

8. Produce all documentation and things relating to sales and/or licensing of the Amimon AMN2120 and/or AMN2220.

9. Produce all documentation and things relating to any products which utilizes the AMN2120 and/or AMN2220 chipset(s).

10. Produce all documentation and things relating to any competitor's product(s) which utilizes the AMN2120 and/or AMN2220 chipset.

11. Produce all documentation and things regarding or relating to MAC source code such as source code, binary, etc.

12. Produce all documentation and things regarding or relating to the investment/ research and development of the MAC Source Code.

13. Produce all documentation and things regarding or relating to the MAC source code or modifications thereof, including but not limited to version numbers, build numbers, individuals, entities, and dates.

14. Produce all documents and things related to any third-party involved in the development of the MAC Source Code.

15. Produce all documentation and things relating to the encryption of the MAC Source

Code.

16. Produce all documentation and things relating to the disclosure of the encrypted MAC Source Code.

17. Produce all documentation and things related to any person, entity or organization with the ability to modify the MAC Software.

18. Produce all documentation relating to a copyright application(s) for the MAC software.

19. Produce all documentation relating to patent application(s) incorporating the MAC Software or the AMN2120 and/or AMN2220 chipset.

20. Produce all documentation relating to establishing unauthorized use of the AMN2120 and/or AMN2220.

21. Produce all documentation in relation to unauthorized acquisition or theft (pirating) of AMN2120, AMN2220 chipset and/or MAC Source Code.

22. Produce all documentation of any disclosures of the MAC Source Code.

23. Produce all documentation relating to any cease-and-desist letter(s) relating to AMN2120, AMN2220 chipset and/or MAC Source Code.

24. Produce all documentation relating to an alleged corporate espionage (defined as corporate espionage is also known as industrial espionage, corporate spying, or economic espionage) involving misappropriation of the MAC Source Code.

25. Produce all documentation relating to any third party running an unauthorized or modified version of the MAC software.

26. Produce any and all documentation relating the third-party integrator(s)/reseller(s) such as Windstars Technology LTD.

27. Produce any and documentation regarding Richard Yuan.

Dated: New York, New York
March 1, 2023

    Allan Chan/s/

    Allan Chan
    Allan Chan & Associates
    30 Wall Street, 8th Floor
    N.Y. N.Y. 10005
    212-561-5490

    achan@chanesq.com

John Johnson, of Counsel
Attorneys for Defendant Hollyland
Attorneys for Defendant EC Pro