# Exhibit 1

Amimon v. Hollyland - Re: Court's Temporary Quashing of Defendants' Rule 45 Subpoenas [IWOV-IDOCS.FID3990580]

Karl T. Fisher <KFisher@atllp.com>
Tue 3/28/2023 12:28 PM

To: Allan Chan <chanesq@outlook.com>;johnjohnsonattorney@gmail.com <johnjohnsonattorney@gmail.com>;achan chanesq.com <achan@chanesq.com>;Allan Chan <ChanEsq@hotmail.com>;johnsongroup125@gmail.com <johnsongroup125@gmail.com>

Cc: David M. Magee <DMagee@atllp.com>

Counsel:

In accordance with the Court's direction during the March 28, 2023 Court Conference, please confirm Defendants' agreement to send notice to all recipients of Defendants' Rule 45 Subpoenas providing notice that:
 1) the Court has ordered the Rule 45 Subpoenas to be temporarily quashed, and;
 2) recipients are not to respond to the Rule 45 Subpoenas until further notice.

Please be sure to include Plaintiffs' counsel on all electronic communication or physical/hard copy correspondence directed to the Subpoena recipients.

Regards,
Karl



Armstrong Teasdale LLP
**Karl T. Fisher** | IP Litigation Attorney
Prudential Tower | 800 Boylston St | 30th Floor | Boston, MA 02199
MAIN PHONE: 617.824.5150| MAIN FAX: 617.830.8490
DIRECT: 617.824.5134| CELL: 940.736.8368
kfisher@atllp.com
www.armstrongteasdale.com

********** PRIVATE AND CONFIDENTIAL **********

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient, Armstrong Teasdale LLP or its subsidiaries.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or  attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by email (admin@atllp.com) or by telephone (+1 800.243.5070) and promptly destroy the original transmission and its attachments. Opinions, conclusions and other information in this message that do not relate to the official business of Armstrong Teasdale LLP or its subsidiaries shall be understood as neither given nor endorsed by it. Armstrong Teasdale LLP and its subsidiaries may monitor email traffic data. Please read our Global Privacy Policy to find out how Armstrong Teasdale LLP and its subsidiaries process personal information.

Armstrong Teasdale LLP is a Missouri-registered limited liability partnership organized under the laws of the State of Missouri, USA. The London office of Armstrong Teasdale LLP is operated by Armstrong Teasdale Limited, a private limited company registered in England and Wales (Registration No. 08879988), that is authorized and regulated by the Solicitors Regulation Authority (SRA No. 657002). The registered office of Armstrong Teasdale Limited is 38-43 Lincoln's Inn Fields, London WC2A 3PE. Please review our International Legal Notices.