Exhibit 2

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIMON INC. and AMIMON LTD, <br><br> Plaintiffs, <br><br> v. <br><br> SHENZHEN HOLLYLAND TECH CO. LTD and EC PRO VIDEO SYSTEMS INC., <br><br> Defendants. | Civil Action No. 1:20-cv-09170-ER <br><br><br> AFFIDAVIT OF SERVICE |

Allan Chan being duly sworn, deposes and says under penalty of perjury that pursuant to the Instructions of the Hon. Judge Ramos, I sent correspondence to any and all subpoenaed parties stating the following: please place the subpoena request on hold temporarily, until mid April or until further notice. The correspondence was emailed to B & H Photo, Sharp and Samsung on March 29, 2023. The correspondence was sent via regular mail on March 30, 2023. I placed the regular mail correspondence in the custody and control of the United States Postal Service at the station located United States Post Office, Village of Great Neck Plaza, 1 Welwyn Rd., N.Y. 11021, on March 30, 2023. I further instructed the process service to place any subpoena not served, on hold.

Dated: New York, New York  
March 30, 2022

                                                Allan Chan/s/  
                                                Allan Chan  
                                                Allan Chan & Associates  
                                                30 Wall Street, 8th Floor  
                                                N.Y. N.Y. 10005  
                                                John Johnson, of Counsel

1

Attorneys for Defendant Hollyland
Attorneys for Defendant EC Pro