UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIMON, INC. *and* AMIMON LTD.,

                Plaintiffs,

-against-

SHENZHEN HOLLYLAND TECH CO. LTD *and* EC PRO VIDEO SYSTEMS INC.,

                Defendants.

**ORDER**

20-cv-9170 (ER)

Ramos, D.J.:

    Amimon has submitted a letter motion requesting a protective order that prohibits Defendants from making any unofficial audio or video recording of depositions in this litigation. Doc. 294. Amimon states that deposition testimony will almost certainly include confidential material under the terms of the existing protective order (Doc. 113) and that Defendants have not articulated a need to create their own unofficial recordings of the depositions. Doc. 294.

    Defendants respond that Federal Rule of Civil Procedure 30(b)(3)(B) allows parties to designate additional methods for recording depositions. Doc. 295 at 1; *see* Fed. R. Civ. P. 30(b)(3)(B) ("With prior notice to the deponent and other parties, any party may designate another method for recording the testimony in addition to that specified in the original notice."). Defendants also assert that they have provided notice to Amimon of their intent to record the depositions. Doc. 295 at 1. And they state that they will bear the costs of retaining a court-approved videographer. *Id.*

    The Court finds that Amimon has not demonstrated good cause for a protective order prohibiting Defendants from recording the depositions. Defendants have provided notice of their intent to record the depositions and have stated that they will bear the costs. Furthermore, as

Defendants have acknowledged, the existing protective order establishes a process for designating material as confidential. Any confidential information disclosed during deposition testimony—and any recordings Defendants make of that testimony—will therefore be subject to the terms of the existing protective order.

      Accordingly, Amimon's request for a protective order is DENIED. The Clerk of Court is respectfully directed to terminate the motion, Doc. 294.

      It is SO ORDERED.

Dated:   March 18, 2024  
           New York, New York

                                                                    Edgardo Ramos, U.S.D.J.