UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIMON, INC. *and* AMIMON LTD.,

                Plaintiffs,

              -against-

SHENZHEN HOLLYLAND TECH CO. LTD *and* EC PRO VIDEO SYSTEMS INC.,

                Defendants.

**ORDER**

20-cv-9170 (ER)

Ramos, D.J.:

    Amimon shall file its response to Defendants' motion to compel (Doc. 299) by April 12, 2024. Defendants shall file their reply by April 19, 2024.

    It is SO ORDERED.

Dated:    March 22, 2024
              New York, New York

                                                    Edgardo Ramos, U.S.D.J.