

David M. Magee
Tel. 617-310-6035
david.magee@gtlaw.com

May 29, 2024

Hon. Edgardo Ramos - **VIA ECF**
U.S. District Court - Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

# MEMO ENDORSED

Re:     *Amimon, Inc. et al v. Shenzhen Hollyland Tech Co., Ltd et al.* - No. 1:20-CV-09170
        **Letter Motion to File Document #1 with Limited Redaction and to File Document #2 Under Seal**

Dear Judge Ramos,

We write on behalf of Amimon, Inc., and Amimon, Ltd., (collectively, "Amimon") in the above-captioned action to request leave of Court to file **(a)** Amimon's May 23, 2024 Letter to Hollyland related to Hollyland's intentional spoliation of evidence <u>with limited redactions</u>, as well as **(b)** excerpts of testimony from the Rule 30(b)(6) deposition of Hollyland conducted on May 1, 2024 <u>under seal</u>.

A true, correct, and unredacted copy of Amimon's May 23, 2024 Letter to Hollyland related to Hollyland's intentional spoliation of evidence ("Letter"), with highlights indicating the limited portions of the Letter which were redacted when Amimon filed the public-facing document, is being filed contemporaneously with this Letter Motion. (*See* D.I. 324.1; 326).

A true and correct copy of excerpt pages containing relevant testimony regarding destruction of evidence from the Rule 30(b)(6) deposition of Hollyland conducted on May 1, 2024 is being filed contemporaneously with this Letter Motion. (*See* D.I. 327).

Hollyland requested that the documents not be disclosed and instructed Amimon to file the documents under seal, as shown in the email attached as Exhibit 1.

Amimon requests the Court grant leave for Amimon to file (a) its May 23, 2024 Letter to Hollyland with limited redactions, and to file (b) excerpts of Rule 30(b)(6) Deposition Testimony of Hollyland under seal.

Respectfully submitted,

*/s/ David Magee*
David Magee

> Amimon's request for permission to file its May 23, 2024, letter to Hollyland
> with redactions and to file deposition testimony excerpts under seal is granted.
> The Court will address Amimon's letter requesting leave to file a motion for
> sanctions (Doc. 324) at the conference scheduled for June 5, 2024.  Defendants
> are directed to respond to that letter by June 3, 2024.  The Clerk of Court is
> respectfully directed to terminate Doc. 325.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated:  May 30, 2024
> New York, New York