UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMIMON INC. *and* AMIMON LTD,

      Plaintiffs,

– *against* –

SHENZHEN HOLLYLAND TECH CO. LTD,
*and* EC PRO VIDEO SYSTEMS,

      Defendants.

**ORDER**

20 Civ. 9170 (ER)

Ramos, D.J.:

  On January 10, 2025, this Court granted in part and denied in part each of the following motions: Defendants' motion to compel Amimon to produce discovery, Doc. 299; Amimon's motion for spoliation sanctions against defendant Hollyland, Doc. 335; and Amimon's motion for sanctions against Hollyland for its failure to produce its sales director at a deposition, Doc. 337.  Doc. 363.

  On January 24, 2024, Defendants moved for reconsideration of the Court's grant of Amimon's motion for spoliation sanctions and Amimon's motion for sanctions for non-appearance at a deposition.  Docs. 364, 366, respectively.

  On January 24, 2024, Amimon filed its motion for attorneys' fees and corresponding billing records.  Docs. 368, 369.

  Amimon is directed to file a single response to Defendants' motions for reconsideration, Docs. 364, 366, by February 14, 2025.  Defendants are directed to file a single reply on February 21, 2025.

  Defendants are directed to respond to Amimon's motion for attorneys' fees, Doc. 368, by February 14, 2025.  Amimon is directed to reply by February 21, 2025.

  The status conference currently scheduled for January 30, 2025 is adjourned to February 26, 2025 at 11:30 a.m.

2

It is SO ORDERED.

Dated:  January 27, 2025
        New York, New York

_____
EDGARDO RAMOS, U.S.D.J.