UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMIMON INC. and AMIMON LTD,<br><br>Plaintiffs,<br><br>v.<br><br>SHENZHEN HOLLYLAND TECH CO. LTD and EC PRO VIDEO SYSTEMS INC.,<br><br>Defendants. | Civil Action No. 1:20-cv-09170-ER |

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO SUBSTITUTE PARTIES UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(c)**

WHEREAS, Plaintiffs, Amimon, Inc. and Amimon Ltd ("Amimon") hereby represent that as of April 2025, ownership of all intellectual property at issue in this litigation and assignment of all rights, title, interest, and claims in, to, and arising from this litigation, previously held by Amimon, were transferred and assigned to Teradek LLC ("Teradek");

WHEREAS, as a result of the transfer and assignment, the case and controversy that was previously between Amimon, on the one hand, and Defendants, Shenzhen Hollyland Tech Co., Ltd. and EC Pro Video Systems, Inc. (collectively, the "Defendants"), on the other hand, is now between Teradek, as substitute Plaintiff, and Defendants;

WHEREAS, Teradek hereby adopts the representations, contentions, admissions, objections, and stipulations made by Amimon in this action to date and agrees to be bound by the same, as well as all orders and judgments of this Court to the same extent as Amimon would be bound if Amimon remained plaintiffs in this case; and

WHEREAS, Teradek does not contest personal jurisdiction or venue in the Southern District of New York for the purposes of this action only.

Amimon and Teradek hereby move, pursuant to Fed. R. Civ. P. 25(c), that:

(1) Teradek is substituted as the plaintiff as of this date in this action in place of Amimon, Inc. and Amimon Ltd., which are hereby dismissed from this action;

(2) The caption of Civil Action No. 1:20-cv-09170-ER is revised to read:

| TERADEK LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHENZHEN HOLLYLAND TECH CO. LTD and EC PRO VIDEO SYSTEMS INC.,<br><br>　　　　　Defendants. | Civil Action No. 1:20-cv-09170-ER |
|---|---|

(3) The ECF system identifying the parties to this litigation, and their respective affiliation, shall be updated to reflect the revised caption.

On May 12, 2025, notice of this motion was served on Defendants, and the parties met and conferred on this motion. Counsel for Defendants stated that they **do not oppose** this motion.

Dated:  May 12, 2025
Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　*/s/ Karl T. Fisher*
　　　　　　　　　　　　　　　　　　　David M. Magee (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Karl T. Fisher *(pro hac vice)*
　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG LLP
　　　　　　　　　　　　　　　　　　　One International Place, Suite 2000
　　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　　Telephone: 617.310.6000
　　　　　　　　　　　　　　　　　　　David.Magee@gtlaw.com
　　　　　　　　　　　　　　　　　　　Karl.Fisher@gtlaw.com
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

SO ORDERED this 14th day of May 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Edgardo Ramos
　　　　　　　　　　　　　　　　　　　United States District Court Judge