

## MEMO ENDORSED

Gaddi Goren
*Partner*
Direct: (212) 655-3537
gg@msf-law.com

December 23, 2025

<u>VIA ECF</u>

U.S. District Court of the S.D.N.Y.
Hon. Edgardo Ramos
40 Foley Square
New York, New York 10007

**Re:**   ***Teradek LLC v. Shenzhen Hollyland Tech Co., Ltd et al.***
**No. 1:20-CV-09170 ("Action")**
<u>**Settlement and Joint Request for a Stay**</u>

Dear Judge Ramos:

This law firm represents Defendants Shenzhen Hollyland Tech Co., Ltd. and EC Pro Inc. (collectively, the "Defendants") in this Action.

On behalf of Defendants and Plaintiff Teradek LLC ("Plaintiff", and together with Defendants the "Parties"), we write to advise the Court that the Parties have reached a settlement. The Parties therefore jointly request that the Court stay this Action in all respects through February 3, 2026. The Parties anticipate filing a stipulation of dismissal shortly thereafter.

We thank the Court for its consideration.

The request is granted. The case is stayed until February 3, 2026. If a settlement has not been reached, the parties are directed to file a joint status letter by February 3, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  December 29, 2025
New York, New York

Very truly yours,

Gaddi Goren