**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| TERADEK LLC, |
| Plaintiffs, |
| v. |
| SHENZHEN HOLLYLAND TECH CO. LTD and EC PRO VIDEO SYSTEMS INC., |
| Defendants. |

Civil Action No. 1:20-cv-09170-ER

**[PROPOSED] ORDER**

The Court, having reviewed the parties' Stipulation of Dismissal and Request for Court to Retain Jurisdiction to Enforce Settlement, hereby dismisses this action with prejudice, with each party to bear its own costs and fees.

The Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

SO ORDERED.

Signed this 28th day of January, 2026

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

1